USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 29, 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WARNER BROS. ENTERTAINMENT INC.; TWENTIETH CENTURY FOX FILM CORPORATION; COLUMBIA PICTURES INDUSTRIES, INC.; SONY PICTURES TELEVISION INC.; UNIVERSAL CITY STUDIOS LLC; UNIVERSAL STUDIOS HOME ENTERTAINMENT LLC; and DISNEY ENTERPRISES, INC.,

                Plaintiffs

v.

JOHN DOE 1 a/k/a WANG WEI d/b/a DVDSEA.COM; JOHN DOE 2 a/k/a BILL UREY d/b/a CHEAPDVDMART.COM; JOHN DOE 3 a/k/a JOY SENCHY d/b/a DVDS-HOME.NET; JOHN DOE 4 a/k/a OLYES CHEY d/b/a IDVDSET.COM; JOHN DOE 5 a/k/a DVDSHOP AU d/b/a DVDSHOPAU.COM; JOHN DOE 6 a/k/a ECWARDS L d/b/a ENTERTAINWHO.COM; JOHN DOE 7 a/k/a CAILYNA K d/b/a TVSTOREDVD.COM; JOHN DOE 8 d/b/a BOXSETSALES.COM; XYZ COMPANIES 1-100 and JOHN AND JANE DOES 9-100.

                Defendants.

CIVIL ACTION NO. 14-CV-3492 (KPF)

[PROPOSED] ORDER TO UNSEAL FILE

WHEREAS the above-captioned matter was placed under seal by order dated May 15, 2014; and

WHEREAS the Temporary Restraining Order, Order to Disable Certain Websites, Asset Restraining Order, Expedited Discovery Order and Order to Show Cause for Preliminary Injunction (collectively, the "Order to Show Cause") entered by the Court on May 15, 2014

DWT 24193658v1 0067328-000009

provided, *inter alia*, that the action remain sealed until the date for the hearing on the Order to Show Cause; and

WHEREAS, the hearing on the Order to Show Cause was heard on May 29, 2014;

IT IS THEREFORE ORDERED that the Clerk of the Court shall remove this action from seal forthwith.

DATED this 29th day of May.   UNITED STATES DISTRICT COURT

Hour: 10:20 (a.m.)/p.m.   By: *Katherine Polk Failla*

United States District Judge