UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC.; TWENTIETH CENTURY FOX FILM CORPORATION; COLUMBIA PICTURES INDUSTRIES, INC.; SONY PICTURES TELEVISION INC.; UNIVERSAL CITY STUDIOS LLC; UNIVERSAL STUDIOS HOME ENTERTAINMENT LLC; and DISNEY ENTERPRISES, INC., <br><br>         Plaintiffs <br><br>     v. <br><br> JOHN DOE 1 a/k/a WANG WEI d/b/a DVDSEA.COM; JOHN DOE 2 a/k/a BILL UREY d/b/a CHEAPDVDMART.COM; JOHN DOE 3 a/k/a JOY SENCHY d/b/a DVDS-HOME.NET; JOHN DOE 4 a/k/a OLYES CHEY d/b/a IDVDSET.COM; JOHN DOE 5 a/k/a DVDSHOP AU d/b/a DVDSHOPAU.COM; JOHN DOE 6 a/k/a ECWARDS L d/b/a ENTERTAINWHO.COM; JOHN DOE 7 a/k/a CAILYNA K d/b/a TVSTOREDVD.COM; JOHN DOE 8 d/b/a BOXSETSALES.COM; XYZ COMPANIES 1-100 and JOHN AND JANE DOES 9-100. <br><br>         Defendants. | CIVIL ACTION NO. 14-CV-3492 (KPF) <br><br> AFFIDAVIT OF SERVICE <br><br> [FILED UNDER SEAL PURSUANT TO 15 U.S.C. § 1116] |

STATE OF NEW YORK    )
                                     ) ss:
COUNTY OF NEW YORK )

**Omar J. Johnny** being duly sworn, deposes and says:

(1)    I am employed as a paralegal with the law firm of Davis Wright Tremaine LLP, attorneys of record for Plaintiffs in the captioned action, I am over eighteen (18) years of age, I am not a party to this action, and I reside in Brooklyn, NY.

(2)     On May 20, 2014 and pursuant to this Court's Temporary Restraining Order, Order to Disable Certain Websites, Asset Restraining Order, Expedited Discovery Order and Order to Show Cause for Preliminary Injunction (the "TRO"), dated May 15, 2014, I served true and correct copies of the following documents upon Defendants in this action by registered email as directed in the TRO:

a) Summons and Complaint, Civil Cover Sheet, Rule 7.1 Statement, Order Sealing File;

b) Temporary Restraining Order, Expedited Discovery Order, and Order to Show Cause for Preliminary Injunction (the "TRO"), dated May 15, 2014;

c) Memorandum of Law in support of the Application for TRO;

d) Declaration of David Phillip Kaplan in support of the Application for TRO;

e) Declaration of Daniel Kim in support of the Application for TRO;

f) Declaration of Vicki R. Solmon in support of the Application for TRO;

g) Declaration of Karen Garver in support of the Application for TRO;

h) Declaration of Marsha L. Reed in support of the Application for TRO;

i) Declaration of Matthew Hewlett in support of the Application for TRO;

j) Declaration of Lisa D. Keith in support of the Application for TRO;

k) Motion and Order for Admission Pro Hac Vice for James D. Nguyen;

l) Motion and Order for Admission Pro Hac Vice for Sean M. Sullivan; and

m) Motion and Order for Admission Pro Hac Vice for Karen R. Thorland;

_____
Omar J. Johnny

Sworn to before me,
this 28th day of May, 2014

_____
Notary Public
LINDA G. MOSCHETTI
Notary Public, State of New York
No. 01MO4723235
Qualified in Bronx County
Term Expires August 31, 2014

DWT 24184205v2 0067328-000009