UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC.; TWENTIETH CENTURY FOX FILM CORPORATION; COLUMBIA PICTURES INDUSTRIES, INC.; SONY PICTURES TELEVISION INC.; UNIVERSAL CITY STUDIOS LLC; UNIVERSAL STUDIOS HOME ENTERTAINMENT LLC; and DISNEY ENTERPRISES, INC., <br><br>                    Plaintiffs <br>       v. <br><br> JOHN DOE 1 a/k/a WANG WEI d/b/a DVDSEA.COM; JOHN DOE 2 a/k/a BILL UREY d/b/a CHEAPDVDMART.COM; JOHN DOE 3 a/k/a JOY SENCHY d/b/a DVDS-HOME.NET; JOHN DOE 4 a/k/a OLYES CHEY d/b/a IDVDSET.COM; JOHN DOE 5 a/k/a DVDSHOP AU d/b/a DVDSHOPAU.COM; JOHN DOE 6 a/k/a ECWARDS L d/b/a ENTERTAINWHO.COM; JOHN DOE 7 a/k/a CAILYNA K d/b/a TVSTOREDVD.COM; JOHN DOE 8 d/b/a BOXSETSALES.COM; XYZ COMPANIES 1-100 and JOHN AND JANE DOES 9-100. <br><br>                    Defendants. | CIVIL ACTION NO. 14-CV-3492 (KPF) <br><br> DECLARATION OF LISA D. KEITH RELATED TO THE SEIZURE AND/OR ASSET RESTRAINT PURSUANT TO THE MAY 15, 2014 ORDER <br><br><br> [FILED UNDER SEAL PURSUANT TO 15 U.S.C. § 1116] |

Lisa D. Keith, under penalty of perjury, declares and says:

1.     I am an attorney licensed to practice law in the State of New York and before the bar of the Southern District of New York. I work with the law firm of Davis Wright Tremaine LLP ("DWT") and am counsel to the plaintiffs in this matter ("Plaintiffs").

2.     I submit this declaration to describe the seizure carried out pursuant to the Temporary Restraining Order, Order to Disable Certain Websites, Asset Restraining Order,

1

Expedited Discovery Order and Order to Show Cause for Preliminary Injunction (the "Order") issued by this Court on May 15, 2014.

3. If called as a witness, I could testify to the following upon personal knowledge and/or my review of DWT's files on this matter.

4. On May 15, 2014, Plaintiff executed the Order against all known PayPal accounts associated with the enjoined Defendants. To date, the PayPal accounts identified with the email addresses in the list annexed hereto as **Exhibit A** are restrained.

5. To date, the Infringing Websites resolving at the domain names set forth in **Exhibit B** hereto have been disabled.

6. On May 20, 2014, Plaintiffs served a copy of the Order together with the Summons and Complaint and supporting documents upon Defendants by delivering the same via registered electronic mail.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28 day of May, 2014 in New York, NY.

_Lisa D. Keith_
Lisa D. Keith